UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE G. FARBER, on behalf of himself and all others similarly situated, § § § § Plaintiff, § § v. § § CRESTWOOD MIDSTREAM PARTNERS § LP, CRESTWOOD MIDSTREAM GP LLC, § ROBERT G. PHILLIPS, ALVIN BLEDSOE, § MICHAEL G. GRANCE, PHILIP D. GETTIG, § WARREN H. GFELLER, DAVID § LUMPKINS, JOHN J. SHERMAN, DAVID § WOOD, CRESTWOOD EQUITY PARTNERS § LP,  CRESTWOOD EQUITY GP LLC, CEQP § ST SUB LLC, MGP GP, LLC, CRESTWOOD § MIDSTREAM HOLDINGS LP, and § CRESTWOOD GAS SERVICES GP, LLC, § § Defendants. § § | Civil Action No. 4:15-cv-1367 |

(ADDITIONAL CAPTION FOLLOWS ON NEXT PAGE)

| | |
|---|---|
| ISAAC ARON, Individually and on Behalf of All Others Similarly Situated, § § § | Civil Action No. 4:15-cv-2101 |
| Plaintiff, § | |
| v. § | |
| ROBERT G. PHILLIPS, ALVIN BLEDSOE, MICHAEL G. FRANCE, PHILIP D. GETTIG, WARREN H. GFELLER, DAVID LUMPKINS, JOHN J. SHERMAN, DAVID WOOD, CRESTWOOD MIDSTREAM PARTNERS LP, CRESTWOOD MIDSTREAM HOLDINGS LP, CRESTWOOD MIDSTREAM GP LLC, CRESTWOOD GAS SERVICES GP, LLC, CRESTWOOD EQUITY PARTNERS LP, CRESTWOOD EQUITY GP LLC, CEQP ST SUB LLC and MGP GP, LLC, § § § § § § § § § § § | |
| Defendants. § | |

**APPENDIX AND COMPENDIUM OF UNREPORTED AND OUT OF STATE AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

| APPENDIX | | |
|---|---|---|
| **EXHIBIT** | **DOCUMENT** | **PAGES** |
| A | Crestwood Midstream Partners LP, Definitive Proxy (Schedule 14A) (Aug. 28, 2015) | App000001-265 |
| B | Excerpt of Crestwood Equity Partners LP, Registration Statement (Form S-4) (July 17, 2015) | App000266-94 |
| C | Excerpt of Crestwood Equity Partners LP, Amendment No. 1 to Registration Statement (Form S-4/A) (July 27, 2015) | App000295-323 |
| D | Excerpt of Crestwood Midstream Partners LP, Annual Report (Form 10-K) (Mar. 2, 2015) | App000324-27 |
| N/A | *Brown v. Brewer*, No. CV 06-3731-GHK (SHx), 2010 U.S. Dist. LEXIS 60863 (C.D. Cal. June 17, 2010) | App000328-52 |
| N/A | *Brown v. Brewer*, No. CV 06-3731-GHK (JTLx), 2008 U.S. Dist. LEXIS 108904 (C.D. Cal. July 14, 2008) | App000353-62 |
| N/A | 17 C.F.R. 240.14a-9 | App000363 |
| N/A | *In re Netsmart Techs., Inc. S'holders Litig.*, 924 A.2d 171 (Del. Ch. 2007) | App000364-94 |
| N/A | *Maric Capital Master Fund, Ltd. v. Plato Learning, Inc.*, 11 A.3d 1175 (Del. Ch. 2010) | App000395-99 |
| N/A | *Seinfeld v. Barrett*, No. 05-298-JJF, 2006 U.S. Dist. LEXIS 14827 (D. Del. Mar. 31, 2006) | App000400-08 |
| N/A | *Arnold v. Soc'y for Sav. Bancorp., Inc.*, 650 A.2d 1270 (Del. 1994) | App000409-27 |
| N/A | *Smith v. Robbins & Myers, Inc.*, No. 3:12-cv-281, 2012 U.S. Dist. LEXIS 164868 (S.D. Ohio Nov. 19, 2012) | App000428-32 |
| N/A | *Blau v. Harrison*, No. 04 C 6592, 2006 U.S. Dist. LEXIS 19795 (N.D. Ill. Mar. 24, 2006) | App000433-39 |
| N/A | *Allergan, Inc. v. Valeant Pharms. Int'l, Inc.*, No. SACV 14-1214 DOC(ANx), 2014 U.S. Dist. LEXIS 156227 (C.D. Cal. Nov. 4, 2014) | App000440-55 |
| N/A | *St. Louis Police Ret. Sys. v. Severson*, No. 12-CV-5086 YGR, 2012 U.S. Dist. LEXIS 152392 (N.D. Cal. Oct. 23, 2012) | App000456-62 |
| N/A | *David P. Simonetti Rollover IRA v. Margolis*, No. 3694-VCN, 2008 Del. Ch. LEXIS 78 (Del. Ch. June 27, 2008) | App000463-79 |