UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAWRENCE G. FARBER, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-1367 |
| | § | |
| CRESTWOOD MIDSTREAM | § | |
| PARTNERS LP, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed on September 16, 2015 (docket entry no. 16), the claims of Plaintiff Lawrence G. Farber against all Defendants are hereby **DISMISSED** without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The Clerk will enter this Order and provide all parties a true copy.

**SIGNED** on this _____ day of September, 2015, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**