UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISAAC ARON, individually and on behalf of all others similarly situated, | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:15-cv-1367 |
| Plaintiff, | | |
| v. | | |
| CRESTWOOD MIDSTREAM PARTNERS LP, CRESTWOOD MIDSTREAM GP, LLC, ROBERT G. PHILLIPS, ALVIN BLEDSOE, MICHAEL G. FRANCE, PHILIP D. GETTIG, WARREN H. GFELLER, DAVID LUMPKINS, JOHN J. SHERMAN, DAVID WOOD, CRESTWOOD EQUITY PARTNERS LP, CRESTWOOD EQUITY GP LLC, CEQP ST SUB LLC, MGP GP, LLC, CRESTWOOD MIDSTREAM HOLDINGS LP, and CRESTWOOD GAS SERVICES GP, LLC, | | |
| Defendants. | | |

## NOTICE OF SETTLEMENT

The parties have reached a settlement of this action, and thus, Plaintiff no longer wishes to pursue a temporary restraining order nor a preliminary injunction. The parties will submit a motion for preliminary approval of the class settlement within the next 75 days.

DATED: September 22, 2015.

Respectfully submitted,

*/s/ Thomas E. Bilek*
Thomas E. Bilek
State Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX 77002
(713) 227-7720

*Counsel for Plaintiff*

**OF COUNSEL:**

Juan E. Monteverde
Miles D. Schreiner
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, Tenth Floor
New York, NY  10017
Tel:  212-983-9330
Fax: 212-983-9331

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the Live District CM/ECF System on September 22, 2015, which caused an electronic copy of same to be served automatically upon all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas E. Bilek*
　　　　　　　　　　　　　　　　　　　　　　　Thomas E. Bilek