UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISAAC ARON, individually and on behalf of all others similarly situated, | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:15-cv-1367 |
| Plaintiff, | | |
| v. | | |
| CRESTWOOD MIDSTREAM PARTNERS LP, CRESTWOOD MIDSTREAM GP, LLC, ROBERT G. PHILLIPS, ALVIN BLEDSOE, MICHAEL G. FRANCE, PHILIP D. GETTIG, WARREN H. GFELLER, DAVID LUMPKINS, JOHN J. SHERMAN, DAVID WOOD, CRESTWOOD EQUITY PARTNERS LP, CRESTWOOD EQUITY GP LLC, CEQP ST SUB LLC, MGP GP, LLC, CRESTWOOD MIDSTREAM HOLDINGS LP, and CRESTWOOD GAS SERVICES GP, LLC, | | |
| Defendants. | | |

**DECLARATION OF JUAN E. MONTEVERDE IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, Juan E. Monteverde, hereby declare as follows:

1.  I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* to this Court. I am a partner in the law firm of Monteverde & Associates, PC. I submit this declaration in support of the motion filed by Lead Plaintiff Isaac Aron for: (i) final approval of the Settlement set forth in the Stipulation of Settlement dated June 13, 2016 (the "Stipulation" or "Settlement");[1] (ii) final certification of a non-opt-out class consisting of

---

[1] A copy of the Stipulation was attached as Exhibit 1 to the Declaration of Juan E. Monteverde in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement filed on June 15, 2016 (ECF No. 54-1).

holders of Midstream units during the period beginning on and including May 5, 2015, through and including September 30, 2015;[2] (iii) Plaintiff's request for an award of attorneys' fees and expenses, which is unopposed by Defendants.

2.  Plaintiff's Counsel expended 863.40 hours of attorney and paralegal time in prosecuting the Action.

3.  Attached as Exhibits 1 through 6 are true and correct copies of the following documents:

Exhibit 1:   Firm Resume of Faruqi & Faruqi, LLP;

Exhibit 2:   Firm Resume of Monteverde & Associates PC;

Exhibit 3:   Firm Resume of The Bilek Law Firm, L.L.P;

Exhibit 4:   Declaration of Nadeem Faruqi in Support of Plaintiff's Motion for Final Approval of Class Action Settlement, Certification of the Settlement Class, and an Award of Attorneys' Fees and Expenses;

Exhibit 5:   Declaration of Thomas E. Bilek in Support of Plaintiff's Motion for Final Approval of Class Action Settlement, Certification of the Settlement Class, and an Award of Attorneys' Fees and Expenses; and

Exhibit 6:   *National Law Journal 2015 Billing Survey* (Jan. 5, 2015).

---

[2] The Settlement Class does not include the Kenneth C. Halter Trust ("Halter Trust"), Glenda S. Moore ("Ms. Moore"), Defendants and, at all relevant times, the members of Defendants' immediate families, Defendants' legal representatives, heirs, successors, and assigns (the "Settlement Class"). Halter Trust and Ms. Moore previously sought to intervene in this Action, but the Court denied their motion (ECF No. 52). Halter Trust and Ms. Moore have been excluded from the Settlement Class and are therefore free to individually pursue any claims they wish.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of September 2016 at New York, NY.

>  */s/ Juan E. Monteverde*
>  Juan E. Monteverde