UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISAAC ARON, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:15-cv-1367 |
| v. | § § § | |
| CRESTWOOD MIDSTREAM PARTNERS LP, CRESTWOOD MIDSTREAM GP, LLC, ROBERT G. PHILLIPS, ALVIN BLEDSOE, MICHAEL G. FRANCE, PHILIP D. GETTIG, WARREN H. GFELLER, DAVID LUMPKINS, JOHN J. SHERMAN, DAVID WOOD, CRESTWOOD EQUITY PARTNERS LP, CRESTWOOD EQUITY GP LLC, CEQP ST SUB LLC, MGP GP, LLC, CRESTWOOD MIDSTREAM HOLDINGS LP, and CRESTWOOD GAS SERVICES GP, LLC, | § § § § § § § § § § § § § | |
| Defendants. | § | |

**BRIEF IN FURTHER SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Plaintiff submits this supplement in further support of his opening brief for final approval of class action settlement, certification of the settlement class, and an award of attorneys' fees and expenses (the "Settlement Motion"). The deadline for Class members to file Notice of intention to appear, proof of membership, and any objections was Friday, September 23, 2016. We are pleased to report that no objections have been received. Accordingly, Plaintiff respectfully requests the Settlement Motion be granted in all respects.

DATED: September 26, 2016.

Respectfully submitted,

*/s/ Thomas E. Bilek*

Thomas E. Bilek
TX Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX  77002
(713) 227-7720

Nadeem Faruqi
James M. Wilson, Jr.
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY  10017
Tel:  212-983-9330
Fax: 212-983-9331

Juan E. Monteverde
Miles D. Schreiner
**MONTEVERDE & ASSOCIATES PC**
350 Fifth Avenue, 59th Floor
New York, NY  10118
Tel.: (212) 971-1341

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on September 26, 2016, which caused an electronic copy of same to be served automatically upon all counsel of record.

*/s/ Thomas E. Bilek*
Thomas E. Bilek

2